Susan J. Olson, SBN 152467
Anne Bevington, SBN 111320
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515
Email: SusanO@skwsf.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JENCO as CHAIRMAN and WILLIAM FEYLING as CO-CHAIRMAN of the BOARD OF TRUSTEES for the CARPENTERS HEALTH AND WELFARE TRUST FUND for CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES J. DAVLANTIS, an individual,<br><br>Defendant. | **Case No.: C-05-3743 CW**<br><br>**REQUEST FOR DISMISSAL OF JAMES J. DAVLANTIS AND [PROPOSED] ORDER** |

Now come the plaintiffs, hereinabove named, and request that the within action be dismissed in its entirety, without prejudice. No party has filed an answer or other responsive pleading herein.

DATE: November 11, 2005                     STANTON, KAY & WATSON, LLP


                                            By __/s/ Susan Olson_____
                                               SUSAN J. OLSON
                                               Attorneys for Plaintiffs

-1-
REQUEST FOR DISMISSAL OF JAMES J. DAVLANTIS AND [PROPOSED] ORDER - [CASE NO. C-05-03743 CW]

**[PROPOSED] ORDER**

Pursuant to the aforesaid request, it is hereby ORDERED that defendant, JAMES J. DAVLANTIS is DISMISSED, WITHOUT PREJUDICE.

Dated: 11/16/05

_____
CLAUDIA WILKIN
UNITED STATES JUDGE

*United States District Court*
**IT IS SO ORDERED**
**Judge Claudia Wilken**
*Northern District of California*

F:\CASES\300\305.640 Davlantis\Pleadin

-2-
REQUEST FOR DISMISSAL OF JAMES J. DAVLANTIS AND [PROPOSED] ORDER - [CASE NO. C-05-03743 CW]